# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| ANTONIO JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24-cv-00135-MTS |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff filed this action more than one hundred fifty days ago, but Plaintiff has not served or filed proof of service of Defendants John and Jane Doe Officers, John and Jane Doe Nurses, and Corizon Health, Inc. Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after a complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). Since service to Defendants has not been completed, the Court will order that service be made within a specified time.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Monday, July 08, 2024**, Plaintiffs must serve the remaining unserved Defendants to this action and file proof of such service. The failure to file proof of service of the unserved Defendants by that date will result in dismissal of this action as to those Defendants without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 24th day of June 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE